Myung Hee SUNG; et al., Plaintiffs—Appellants,

v.

John ASHCROFT, Attorney General; et al., Defendants—Appellees.

No. 03–55490.

D.C. No. CV–01–07531–RMT.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 8, 2003.*

Decided Sept. 17, 2003.

Gregory S. Kim, Los Angeles, CA, for Plaintiffs–Appellants.

Joanne S. Osinoff, Los Angeles, CA, for Defendants–Appellees.

Before PREGERSON, THOMAS, and PAEZ, Circuit Judges.

MEMORANDUM**

Myung Hee Sung and Min Hee Koo appeal the district court's dismissal, for lack of jurisdiction, of their petition for a writ of mandamus pursuant to 28 U.S.C. § 1361 to compel immigration officials to grant their applications for adjustment of status. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

district court's dismissal for lack of mandamus jurisdiction, *Tucson Airport Auth. v. Gen. Dynamics Corp.,* 136 F.3d 641, 648 (9th Cir.1998), and we affirm.

The district court properly dismissed Sung's petition because mandamus jurisdiction lies only where the action the petitioner seeks to compel is nondiscretionary. *See Kildare v. Saenz,* 325 F.3d 1078, 1084 (9th Cir.2003); 8 U.S.C. § 1255(a) (committing adjustment of alien's status to the discretion of the Attorney General).

**AFFIRMED.**